**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DWAYNE SHOJI, et al.,<br>Plaintiff,<br>v.<br>NEW RESIDENTIAL MORTGAGE LLC, et al.,<br>Defendants. | Case No. 2:25-cv-03124-AB (PVCx)<br><br>**ORDER <u>DISMISSING</u> CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **45 days** upon good cause shown if the settlement is not completed.

Dated: September 2, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE